# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**JASON HACKER**                        **CIVIL ACTION NO. 06-2383-P**

**VERSUS**                              **JUDGE WALTER**

**WARDEN BURL CAIN**                    **MAGISTRATE JUDGE HORNSBY**

## MEMORANDUM ORDER

Before the Court is a petition for writ of <u>habeas corpus</u> filed by <u>pro se</u> petitioner Jason Hacker, pursuant to 28 U.S.C. § 2254. This petition was received and filed in this Court on December 20, 2006. Petitioner is incarcerated in the Louisiana State Penitentiary in Angola, Louisiana. He challenges his state court conviction and sentence in the Louisiana Nineteenth Judicial District Court, Parish of East Baton Rouge.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Middle District of Louisiana, the district in which the alleged cause of action arose.

**THUS DONE** and signed in Shreveport, Louisiana, on this 19th day of March, 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE