United States District Court
Middle District of Louisiana

JASON HACKER, #383727         CIVIL ACTION

VERSUS                        NO. 07-204-RET-SCR

BURL CAIN, ET AL.

### ORDER VACATING ORDER TO SHOW CAUSE

CONSIDERING the foregoing Motion to Dismiss Show Cause Order, record document number 21, and the supplemental state court record filed June 25, 2008;

IT IS ORDERED that the Order issued by this court on May 16, 2008, record document number 19, is hereby vacated.

Baton Rouge, Louisiana, July 2, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE